IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: TIMOTHY WAYNE HARDY
TINA MARIE HARDY
4549 HEATHER RIDGE DR
HILLIARD, OH 43026

CASE NO: 11-59680

CHAPTER 13

JUDGE: CHARLES M. CALDWELL

### NOTICE OF INTENTION
### TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00041 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | 260.00 | 100.00 % | 0.00 % | ADMINISTRATIVE PRIORITY |
| 00008 | AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | 1,617.07 | 2.00 % | 0.00 % | UNSECURED |
| 00009 | AMERICAN EXPRESS TRAVEL RELATE<br>% BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Paid outside | 2.00 % | 0.00 % | UNSECURED |
| 00012 | Aspire<br>PO Box 105374<br>Atlanta, GA 30348 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00036 | BACK BOWL I LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 425.91 | 2.00 % | 0.00 % | UNSECURED |
| 00037 | BACK BOWL I LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 847.73 | 2.00 % | 0.00 % | UNSECURED |
| 00039 | BACK BOWL I LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124-3978 | 277.16 | 2.00 % | 0.00 % | UNSECURED |

CASE NO. 11-59680    TIMOTHY WAYNE HARDY and TINA MARIE HARDY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00002 | BANK OF AMERICA NA<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | 17,347.30 | 100.00 % | 0.00 % | PRE-PET MTG ARREARS |
| 00001 | BANK OF AMERICA NA<br>PO BOX 660933<br>DALLAS, TX  75266-0933 | 1,793.23<br>CONTINUING | 100.00 % | 0.00 % | MORTGAGE |
| 00017 | CANDICA<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | 1,034.18 | 2.00 % | 0.00 % | UNSECURED |
| 00003 | CAPITAL ONE<br>BANKRUPTCY DEPT.<br>PO Box 85167<br>RICHMOND, VA  23285-5167 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00015 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | 2,517.61 | 2.00 % | 0.00 % | UNSECURED |
| 00016 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | 1,542.69 | 2.00 % | 0.00 % | UNSECURED |
| 00018 | Care Credit<br>Attn Bankruptcy Dept<br>PO Box 103106<br>Roswell, GA  30076 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00019 | CITY OF COLUMBUS<br>DEPARTMENT OF PUBLIC UTILITES<br>910 DUBLIN RD<br>COLUMBUS, OH  43215 | 1,991.35 | 2.00 % | 0.00 % | UNSECURED |
| 00027 | ELITE ENTERPRISE SERVICES LLC<br>PO BOX 134<br>WORCESTER, MA  01613 | 715.55 | 2.00 % | 0.00 % | UNSECURED |
| 00026 | Household Bank<br>PO Box 98715<br>Las Vegas, NV  89193 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00006 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 2,825.38 | 100.00 % | 0.00 % | PRIORITY |

CASE NO. 11-59680    TIMOTHY WAYNE HARDY and TINA MARIE HARDY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00042 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 240.66 | 2.00 % | 0.00 % | UNSECURED |
| 00028 | Lowe's<br>PO Box 981064<br>El Paso, TX  79998-1064 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00029 | MERRICK BANK<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC  29603-0368 | 1,329.74 | 2.00 % | 0.00 % | UNSECURED |
| 00025 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR STE 200<br>SAN DIEGO, CA  92123 | 2,336.50 | 2.00 % | 0.00 % | UNSECURED |
| 00040 | MIDLAND CREDIT MANAGEMENT<br>8875 AERO DR STE 200<br>SAN DIEGO, CA  92123 | 979.13 | 2.00 % | 0.00 % | UNSECURED |
| 00030 | Nationwide Children's Hospital<br>700 Children's Drive<br>Columbus, OH  43205 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00038 | OAK HARBOR CAPITAL LLC<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | 675.08 | 2.00 % | 0.00 % | UNSECURED |
| 00031 | Ohio Health Business Office<br>5350 Frantz Rd.<br>Dublin, OH  43016-4259 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00032 | PAIN CARE SPECIALISTS<br>LOCKBOX L2984<br>COLUMBUS, OH  43260 | 120.00 | 2.00 % | 0.00 % | UNSECURED |
| 00033 | PAYPAL BUYER CREDIT<br>PO BOX 981064<br>EL PASO, TX  79998 | Not filed | 2.00 % | 0.00 % | UNSECURED |
| 00034 | PMAB, LLC<br>PO Box 12150<br>Charlotte, NC  28220 | Not filed | 2.00 % | 0.00 % | UNSECURED |

CASE NO. 11-59680    TIMOTHY WAYNE HARDY and TINA MARIE HARDY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00014 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 1,028.77 | 2.00 % | 0.00 % | UNSECURED |
| 00024 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 1,392.73 | 2.00 % | 0.00 % | UNSECURED |
| 00035 | PORTFOLIO RECOVERY ASSOC<br>PO Box 12914<br>NORFOLK, VA  23541 | 635.83 | 2.00 % | 0.00 % | UNSECURED |
| 00020 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 378.36 | 2.00 % | 0.00 % | UNSECURED |
| 00021 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 397.38 | 2.00 % | 0.00 % | UNSECURED |
| 00022 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 367.23 | 2.00 % | 0.00 % | UNSECURED |
| 00023 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>VACAVILLE, CA  95696 | 252.38 | 2.00 % | 0.00 % | UNSECURED |
| 00011 | QUANTUM3 GROUP LLC<br>WORLD FINANCIAL NETWORK NATL BANK<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 2,695.21 | 2.00 % | 0.00 % | UNSECURED |
| 00013 | QUANTUM3 GROUP LLC<br>CAPIO PARTNERS LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 69.80 | 2.00 % | 0.00 % | UNSECURED |
| 00007 | REGIONAL INCOME TAX AGENCY<br>PO BOX 470537<br>BROADVIEW HTS, OH  44147 | 3,241.13 | 100.00 % | 0.00 % | PRIORITY |
| 00010 | SPRINGLEAF FINANCIAL SERV OF INDIANA<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | 595.78 | 2.00 % | 0.00 % | UNSECURED |

CASE NO. 11-59680    TIMOTHY WAYNE HARDY and TINA MARIE HARDY

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00005 | WACHOVIA DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA  92799-5341 | 8,195.00 | 100.00 % | 5.00 % | SECURED-506 |
| 10005 | WACHOVIA DEALER SERVICES<br>PO BOX 25341<br>SANTA ANA, CA  92799-5341 | 9,311.57 | 2.00 % | 0.00 % | UNSECURED |
| 00004 | WELLS FARGO AUTO FINANCE<br>PO BOX 29706 MAC S4015-01T<br>PHOENIX, AZ  85038-9706 | 12,458.00 | 100.00 % | 5.00 % | SECURED-506 |
| 10004 | WELLS FARGO AUTO FINANCE<br>PO BOX 29706 MAC S4015-01T<br>PHOENIX, AZ  85038-9706 | 12,249.90 | 2.00 % | 0.00 % | UNSECURED |
| | TOTAL | 90,352.11 | | | |
| 00000 | JAMES E NOBILE ESQ<br>4876 CEMETERY RD<br>HILLIARD, OH  43026 | 836.50 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated:  May 07, 2012

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700